# EXHIBIT D

**AGFA FINANCE GROUP**

Agfa Finance Group, Agfa Corporation, 200 Ballardvale Street, Wilmington, MA 01887-1069, (978) 657-7700

## LEASE AGREEMENT AMENDMENT STEP LEASE

This is an Amendment to Lease Agreement Number ______ between Agfa Corporation (Agfa) and KINGSTOWN CAMERA, INC. dated _______ (the "Agreement"). Terms defined in the Agreement have the same meanings in this Amendment, except that "Total Monthly Payment" shall mean the largest amount in the "Total Monthly Payment" column below.

Lessee shall pay, for the Lease Term, in accordance with the following schedule:

| | Terms in Months | Monthly Payment | Applied Tax | "Total Monthly Payment" |
|---|---|---|---|---|
| 1 | 3 | $ 1,179 44 | $ 0 00 | $ 1,179 44 |
| 2. | 3 | $ 2,394 27 | $ 0 00 | $ 2,394 27 |
| 3. | 57 | $ 3,573 71 | $ 0 00 | $ 3,573.71 |
| 4. | | $ | $ | $ |
| 5 | | $ | $ | $ |
| 6. | | $ | $ | $ |

Lease Term: 63 months.

This amendment is effective on the Effective Date of the Agreement.

Executed and agreed to by:

| | | | |
|---|---|---|---|
| | | **Accepted For:** | |
| Lessee: | KINGSTOWN CAMERA, INC. | **Agfa Corporation** | |
| By: | Aleedra Desrocher | By: | [signature] |
| | (Signature) | | (Signature) |
| Title: | Vice President | Title: | [signature] |
| Date: | Feb. 28, 2003 | Date: | 4/17/03 |