# EXHIBIT G

Agfa Finance Group

Agfa Corporation, 200 Ballardvale Street, Wilmington, Massachusetts 01887 (978) 657-7700

**PERSONAL GUARANTY**

To induce Agfa Corporation (hereinafter called Agfa) to grant credit to
KINGSTOWN CAMERA, INC. (hereinafter "Customer")
566 KINGSTOWN ROAD
WAKEFIELD, RI 02879

and in consideration of such credit, now or which may be extended hereafter, and the lease and delivery of goods and services by Agfa, the undersigned hereby unconditionally guaranties, or if more than one, jointly and severally unconditionally guaranty, to Agfa, the prompt payment, in full, of all indebtedness, now or which may hereafter become due and owing from Customer to Agfa, plus interest at the rate of eighteen percent (18%) per annum, not to exceed the maximum allowed by law (hereinafter collectively referred to as the "indebtedness"), all without deduction for setoff, counterclaim or contribution. Agfa may extend the time of payment, accept notes, guaranties and any other paper, security or collateral and release or surrender the same, all without notice to the undersigned and without in any way affecting the obligations of the undersigned hereunder.

This guaranty shall be immediately enforceable against undersigned upon default by the Customer under its obligation to Agfa. Agfa shall not be required to pursue its legal remedies for recovery and collection against the Customer before proceeding against the undersigned or any of them. The indebtedness shall include all amounts owed by Customer to Agfa, notwithstanding any adjustment in the Indebtedness pursuant to any assignment for the benefit of creditors, any arrangement in bankruptcy or any law for the relief of debtors.

The undersigned hereby waive all notices to which they may be entitled, including notice demand, default, protest and dishonor of any notes or other instruments. The liability of the undersigned hereunder shall not be affected by any change of terms of the indebtedness. Agfa shall be entitled to hold any and all sums and property of the undersigned at any time in its possession as security for the Indebtedness.

This is a continuing guaranty and shall remain in full force and effect until otherwise agreed by Agfa and the undersigned, in a writing of subsequent date executed by Agfa and the undersigned.

The undersigned further agree, in any claim or suit arising hereunder, to be fully bound jointly and severally by any judgment recovered against the Customer, and further agree to be bound as to the quantity and prices of goods shipped and the amount of Indebtedness by entries in Agfa's records. The undersigned shall be liable for all reasonable collection fees, costs and expenses, including attorney's fees incurred by Agfa in enforcing this Personal Guaranty.

The undersigned agree that if the undersigned or any of them or Customer shall become insolvent, make a general assignment for the benefit of the creditors or if a petition in bankruptcy or any insolvency or reorganization proceeding shall be commenced by, against or in respect to the undersigned or the Customer, the Indebtedness shall, at Agfa's sole option, forthwith become due and payable without notice.

This guaranty shall apply to and inure to the benefit of Agfa and any ofits affiliated companies or assigns, and shall be binding upon the heirs, executors, administrators or other representatives of the undersigned. The enforceability or validity of any provision in this guaranty shall not be affected by the enforceability or validity of any other provision. This guaranty cannot be changed or modified orally, shall be construed in accordance with the laws of the Commonwealth of Massachusetts and the undersigned waives any objection to the venue of the courts therein under any legal action taken upon this personal guaranty, and shall take effect as a sealed instrument.

WITNESS: Cheryl Page
(Name)
[signature]
(Signature)
4 Ponderosa Drive
(Residential Address)
West Warwick, RI 02893
(City/State/Zip)

NORMAN DUROCHER
Signed: [signature]
(In an individual capacity)
15 Elm Street
(Residential Address)
Wakefield, RI 02879
4-8-04
(Date)

WITNESS: Cheryl Page
(Name)
[signature]
(Signature)
4 Ponderosa Drive
(Residential Address)
West Warwick, RI 02893
(City/State/Zip)

DEEDRA DUROCHER
Signed: Deedra Durocher
(In an individual capacity)
15 Elm Street
(Residential Address)
Wakefield RI 02879
4-8-04
(Date)

State of ______________________
: SS:
County of ______________________

Subscribed and sworn to before me this __________ day of ______________________, ________ (as to all signatures).

NOTARY PUBLIC
My Commission Expires: