UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AGFAPHOTO USA CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>NORMAN DUROCHER AND<br>DEEDRA DUROCHER<br><br>Defendants. | : | C.A. No. 07-285 S |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, AgfaPhoto USA Corp., by and through its undersigned counsel, hereby voluntarily dismiss its Complaint without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Plaintiff,
AgfaPhoto Corporation,

By Its Attorneys,

/s/ Craig M. Scott

Craig M. Scott, Esq. (#4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 737-0028 - Fax
(401) 455-0701 - Fax
cscott@duffysweeney.com

**CERTIFICATE OF SERVICE**

I hereby certify that the 4th day of September, 2007, a copy of the within Notice of Voluntary Dismissal was mailed via First Class mail to the following counsel:

Stephen R. White, Esq.
200 Centerville Rd
Warwick, RI 02886
Ph. 401-732-3939
Fax 401-737-0028
www.srwesq.com

/s/ Craig M. Scott

AGFA/Durocher/Pleadings\Voluntary Dismissal